Dismissed and Memorandum Opinion filed September 27, 2007








Dismissed
and Memorandum Opinion filed September 27, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00636-CR

____________

 

CARMEN ALETHEA NAVARRO,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
232nd District Court

 Harris County, Texas

Trial Court Cause No. 1115824

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to assault of a public servant.  In accordance with the
terms of a plea bargain agreement with the State, the trial court sentenced
appellant on July 23, 2007, to confinement for two years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se
notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 27, 2007.

Panel consists of Chief Justice Hedges, Justices Yates
and Frost.

Do Not Publish C Tex. R. App. P.
47.2(b)